**Order entered June 28, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00500-CV

**HE CHEN, Appellant**

**V.**

**LIJUAN SONG, Appellee**

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-00675-2018**

## ORDER

Before the Court is appellant's June 27, 2019 unopposed motion for an extension of time

to file his brief on the merits. We **GRANT** the motion and extend the time to **July 12, 2019**.

/s/  BILL WHITEHILL
   JUSTICE